UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WILKERSON, | No.  2:13-cv-1518 LKK KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action.  By order filed January 27, 2014 (ECF No. 16), this action was dismissed without prejudice due to plaintiff's failure to timely file an amended complaint.  On January 30, 2014, plaintiff filed a notice of appeal and an amended complaint.  (ECF Nos. 19, 22.)  By order issued February 3, 2014, the undersigned found that plaintiff should be entitled to continue proceeding in forma pauperis on appeal, but noted that "but for the filing of plaintiff's appeal depriving this court of jurisdiction, the undersigned was inclined to vacate the judgment."  (ECF No. 23 at 2.)  The court further found that if plaintiff were to withdraw his appeal, the court would be "inclined to vacate the judgment and remand the action to the magistrate judge to screen the amended complaint."  (ECF No. 23 at 2 n.2.)  On June 19, 2014, plaintiff filed a letter indicating he wished to dismiss the appeal so that his action could proceed in the district court.  On July 29, 2014, the Court of Appeals for the Ninth Circuit issued a limited remand order for reconsideration of the judgment

1

entered herein.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The January 27, 2014 order and judgment (ECF Nos. 16, 17) are vacated;

2. This action is remanded to the assigned magistrate judge for screening of the first amended complaint; and

3. The Clerk of the Court is directed to send a copy of the instant order to the Court of Appeals for the Ninth Circuit.

DATED: August 27, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2