1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROGER WILKERSON,                          No.  2:13-cv-1518 TLN KJN P

12                  Plaintiff,

13          v.                                  ORDER

14   J. SUITON, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner presently housed at the Los Angeles County Jail.  Plaintiff is

18   proceeding pro se and in forma pauperis.  By order filed August 27, 2014, this action was

19   reopened, and remanded for screening of plaintiff's amended complaint. (ECF No. 33.)

20          First, the court notes that plaintiff filed a motion for "appropriate settlement" on August

21   21, 2014.  (ECF No. 32.)  Plaintiff's motion is premature.  Defendants have not yet been served.

22   Thus, plaintiff's motion is denied without prejudice.

23          Second, plaintiff's amended complaint names as defendants the following individuals:  J.

24   Suiton, K. Carpentor, and F. Feliciano, all employees at Wasco State Prison in Wasco, California,

25   and contends that these defendants failed to transfer plaintiff away from Wasco where plaintiff

26   was at risk of contracting Valley Fever because plaintiff suffers from a medical condition that

27   suppresses his immunity.  In light of this amendment, the Clerk of the Court is directed to list

28   J. Suiton, K. Carpentor, and F. Feliciano as defendants herein, and to terminate the individuals

                                        1

1 | previously named as defendants.

2 |      Third, plaintiff alleges violations of his civil rights by the defendants employed at Wasco

3 | State Prison.  The alleged violations took place in Kern County, which is part of the Fresno

4 | Division of the United States District Court for the Eastern District of California.  See Local Rule

5 | 120(d).

6 |      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

7 | division of a court may, on the court's own motion, be transferred to the proper division of the

8 | court.  Therefore, this action will be transferred to the Fresno Division of the court

9 |      Good cause appearing, IT IS HEREBY ORDERED that:

10 |    1.  Plaintiff's motion (ECF No. 32) is denied without prejudice;

11 |    2.  The Clerk of the Court is directed to list J. Suiton, K. Carpentor, and F. Feliciano as

12 | defendants herein, and terminate the individuals previously named as defendants;

13 |    3.  This action is transferred to the United States District Court for the Eastern District of

14 | California sitting in Fresno; and

15 |    4.  All future filings shall reference the new Fresno case number assigned and shall be

16 | filed at:

               United States District Court
               Eastern District of California
               2500 Tulare Street
               Fresno, CA 93721

19 | Dated:  September 11, 2014

21 | /wilk1518.22

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2